CTB REALTY SERVICES, INC. *v.* GEOFFREY FOSTON ET AL.
(13492)

HEIMAN, SPEAR and HENNESSY, Js.

Submitted on briefs December 2—decision released December 20, 1994

*Geoffrey Foston,* pro se, the appellant (named defendant), filed a brief.

*Joseph E. Faughnan* and *Peter G. Kruzynski* filed a brief for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed and the case is remanded to the trial court for the purpose of setting new law days.